PROB 12C
(7/93)

Report Date: March 17, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 18 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marwan A Nasser     Case Number: 2:03CR00091-001

Address of Offender:            Clarkston, WA 99403

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 4/5/2005

Original Offense:   Felon in Possession of Firearm(s) and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 33 Months; TSR - 36 Months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Russell E. Smoot    Date Supervision Commenced: 3/2/2007

Defense Attorney:   Federal Defenders    Date Supervision Expires: 3/1/2010

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On March 7, 2008, Marwan Nasser was arrested for 1st Degree Kidnapping in Clarkston, Washington. Spokane Police Department Incident Number 08-803132 indicates on or about August 20, 2007, Mr. Nasser contacted the victim, Benjamin Zuniga, while the defendant was driving his vehicle. Through prior contacts with Mr. Nasser, the victim had come to believe Mr. Nasser was employed in the capacity of a federal law enforcement officer, and upon being directed by Mr. Nasser, pulled his vehicle over to the side of the road. Mr. Nasser then informed the victim he was under arrest and was going to be taken to jail and deported because he was "illegal." Mr. Nasser directed the victim to get into the front seat of the vehicle driven by Mr. Nasser. |
| | Mr. Nasser transported the victim to a location where his parents were working and advised them the victim was under arrest and was going to be deported. Mr. Nasser stated the victim was being arrested as he failed to discontinue a relationship with a female at the direction of Mr. Nasser. After hearing the news, the victim's mother became ill and almost fainted. Mr. Nasser agreed to release the victim and give him "one more chance" if he would stop |

Prob12C
Re: Nasser, Marwan A
March 17, 2008
Page 2

seeing his (the victim's) girlfriend. Additionally, Mr. Nasser directed the victim to maintain contact with him, instructing him that he was not allowed to go out to night clubs any longer and if he would like to go out, he was to obtain permission first from Mr. Nasser. Due to these directives, the victim continued to maintain contact with Mr. Nasser, asking for, and receiving, permission to leave his residence to attend certain functions. Mr. Nasser made it clear to the victim if he failed to obtain permission before attending these functions he would again be arrested.

Mr. Nasser is currently detained in the Spokane County Jail on First Degree Kidnapping charges out of Spokane County Superior Court (cause number 08-1-00765-1).

2      **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On March 13, 2008, a Criminal Complaint (case number MJ-08-075) was signed and a warrant issued alleging Mr. Nasser violated 18 U.S.C. § 912 and 18 U.S.C. § 913 by knowingly and falsely assuming and pretending to be an officer and employee acting under authority of the United States.

The Criminal Complaint indicates on or about September 2007 to December 2007, in the Eastern District of Washington, Mr. Nasser began a relationship with Carlos Zuinga in which defendant informed Mr. Zuniga, his wife and his son, he was employed by the Federal Bureau of Investigation and could assist them in obtaining citizenship. Mr. Nasser informed Mr. Zuniga he could acquire citizenship for Mr. Zuniga and his wife for $30,000, with payments made to the defendant.

Mr. Zuniga made payments of $5,000 to the defendant on three occasions; September 2007, October 2007 and November 2007. An additional payment of less than $5,000 was made in December 2007. Additionally, Mr. Nasser took custody of one of Mr. Zuniga's business vending trailers, holding it as collateral. Without Mr. Zuniga's knowledge, the title for the trailer was changed to Mr. Nasser's name. The trailer has an estimated value of $20,000 to $25,000.

The Criminal Complaint also indicates on November 20, 2007, the defendant, while at Mr. Zuniga's residence, began searching Mr. Zuniga's home looking through drawers and searching a room in the residence. Mr. Zuniga believed the search was somehow related to Mr. Nasser's official capacity as a law enforcement official.

On March 13, 2008, a warrant was issued by the Honorable Magistrate Judge Cynthia Imbrogno for the arrest of Mr. Nasser, alleging the above offenses. The warrant remains outstanding.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear and answer the allegations contained in this petition.

Prob12C
Re: Nasser, Marwan A
March 17, 2008
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3-17-08

Tommy Rosser
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/17/08
Date